UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MONICA R. HAWKINS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO.: |
| V. | § | No. 3:14-CV-503-B |
| | § | |
| CBS 11 NEWS, | § | |
| | § | |
| Defendant. | § | |

ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, this action is DISMISSED case without prejudice pursuant to FED. R. CIV. P. 41(b) for want of prosecution.

SO ORDERED this 4th day of June, 2014.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE